Rebecca Cambreleng, OSB No. 133209
rebecca@employmentlaw-nw.com
Ashley A. Marton, OSB No. 171584
ashley@employmentlaw-nw.com
**CAMBRELENG & MARTON LLC**
3518 S. Corbett Ave.
Portland, Oregon 97239
Telephone: (503) 477-4899
*Of Attorneys for Plaintiff*

Meredith Holley, OSB No. 125647
Meredith@erisresolution.com
**Law Office of Meredith Holley**
207 E 5th Avenue, Suite 254
Eugene, Oregon 97401
Telephone: (458) 221-2671
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURA HANSON**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF OREGON LEGISLATIVE ASSEMBLY**, <br><br> Defendant. | Case No.   3:21-CV-00780-SI <br><br> **PLAINTIFF'S TRIAL EXHIBITS** |

## **PLAINTIFF'S TRIAL EXHIBITS**

Plaintiff Laura Hanson submits the following list of exhibits which may be used at trial. Plaintiff also reserves the right to amend this list and add additional exhibits, including rebuttal exhibits, and exhibits listed on plaintiff's exhibit list.

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 1 | Hanson_Defendants_009154 | Hanson_Defendants_009159 | Nov. 14, 2018 Legislative Assistant Position Description | | | |
| 2 | HANSON002594 | HANSON002596 | Dec. 5, 2018 Hire Form & Pay Letter | | | |
| 3 | | | Legislative Branch Personnel Rule 27 (revised) – Effective June 29, 2019 | | | |
| 4 | Hanson_Defendants_000392 | Hanson_Defendants_000392 | Legislative Branch Personnel Rule 5A: ADA | | | |
| 5 | HANSON001662 | HANSON001996 | Text messages b/w Hanson & Gelser | | | |
| 6 | Hanson_Defendants_069890 | Hanson_Defendants_069896 | Dec. 17, 2019 Memo from Hanson to Gelser | | | |
| 7 | Hanson_Defendants_069908 | Hanson_Defendants_069915 | Response from Gelser to Hanson's Dec. 17, 2019 Memo | | | |
| 8 | Hanson_Defendants_070017 | Hanson_Defendants_070025 | Dec. 18, 2019 Memo from Hanson to Gelser | | | |
| 9 | Hanson_Defendants_070058 | Hanson_Defendants_070060 | Response from Gelser to Hanson's Dec. 18, 2019 Memo | | | |
| 10 | Hanson_Defendants_070062 | Hanson_Defendants_070064 | Reply from Hanson to Gelser's Response to Dec. 18, 2019 Memo | | | |
| 11 | Hanson_Defendants_070149 | Hanson_Defendants_070152 | Dec. 19, 2019 Memo from Hanson to Gelser | | | |
| 12 | Hanson_Defendants_070175 | Hanson_Defendants_070176 | Response from Gelser to Hanson's Dec. 19, 2019 Memo | | | |
| 13 | Hanson_Defendants_009162 | Hanson_Defendants_009163 | Christmas card from Hanson to Gelser | | | |
| 14 | Hanson_Defendants_070331 | Hanson_Defendants_070331 | Dec. 27, 2019 Email from Hanson to Gelser | | | |
| 15 | Hanson_Defendants_009132 | Hanson_Defendants_009132 | Dec. 30, 2019 Handwritten note re: panic attacks | | | |
| 16 | Hanson_Defendants_009133 | Hanson_Defendants_009136 | Dec. 31, 2019 Handwritten notes re: Hanson | | | |
| 17 | Hanson_Defendants_004044 | Hanson_Defendants_004049 | Jan. 2, 2020 Email Exchange b/w Hanson & Knieling | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 18 | Hanson_Defendants_004050 | Hanson_Defendants_004050 | Jan. 2, 2020 Email from Baumgart to Knieling RE: I connected with Laura. | | | |
| 19 | HANSON002695 | HANSON002699 | Stoel Rives Bio - Brenda Baumgart | | | |
| 20 | Hanson_Defendants_009170 | Hanson_Defendants_009173 | Jan. 2, 2020 Email Exchange b/w Knieling & Gelser | | | |
| 21 | Hanson_Defendants_070824 | Hanson_Defendants_070825 | Jan. 3, 2020 Email Exchange b/w Hanson, Mele & Knieling RE: Question about office expenses | | | |
| 22 | Hanson_Defendants_070872 | Hanson_Defendants_070873 | Jan. 5, 2020 Email Exchange b/w Hanson & Knieling RE: Confused about process | | | |
| 23 | Hanson_Defendants_004055 | Hanson_Defendants_004057 | Jan. 5, 2020 Email from Knieling to Baumgart Fwd: Confused about process | | | |
| 24 | Hanson_Defendants_004062 | Hanson_Defendants_004064 | Jan. 6, 2020 Email from Knieling to Baumgart RE: Hanson's Memo of Admin. Leave | | | |
| 25 | Hanson_Defendants_070945 | Hanson_Defendants_070945 | Jan. 6, 2020 Email from Knieling to Hanson & Gelser RE: Meeting at 11 | | | |
| 26 | Hanson_Defendants_000733 | Hanson_Defendants_000734 | Jan. 6, 2020 Memo to Hanson RE: Paid Admin. Leave | | | |
| 27 | HANSON008864 | HANSON008865 | Jan. 10, 2020 Memo From Tom Powers RE: HCR 20 – Personnel Rule 27 and Complaints Against Legislators | | | |
| 28 | Hanson_Defendants_000736 | Hanson_Defendants_000736 | Jan. 20, 2020 Hanson FMLA Certification | | | |
| 29 | HANSON001521 | HANSON001525 | Jan. 27, 2020 Email from Hanson to Sandmeyer RE: Rule 27 Investigation | | | |
| 30 | Hanson_Defendants_000956 | Hanson_Defendants_000957 | Jan. 29, 2020 Memo From Sandmeyer to Hanson RE: Follow-up Q&A | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 31 | Hanson_Defendants_000809 | Hanson_Defendants_000810 | Jan. 15, 2020 Email from Hanson to Knieling RE: Follow up | | | |
| 32 | | | July 9, 2020 Email from Sandmeyer to Hanson RE: Confidential Communication-do not forward | | | |
| 33 | Hanson_Defendants_000641 | Hanson_Defendants_000642 | Legislative Branch Personnel Rule 8: Americans with Disabilities Act (2020 update) | | | |
| 34 | Hanson_Defendants_000511 | Hanson_Defendants_000526 | House Concurrent Resolution 221 | | | |
| 35 | HANSON000396 | HANSON000397 | Sept. 4, 2020 Email Exchange b/w Knieling & Holley RE: Laura Hanson's suspension from work | | | |
| 36 | Hanson_Defendants_003633 | Hanson_Defendants_003641 | Oct. 6, 2020 Memo from Sen. Prozanski RE: Conduct chair agenda 10.7.2020 | | | |
| 37 | HANSON001526 | HANSON001526 | Oct. 7, 2020 Memo from Gelser to Hanson RE: Termination of Employment | | | |
| 38 | | | Oct. 13, 2020 BOLI Complaint | | | |
| 39 | | | Dec. 29, 2020 Letter from BOLI RE: Acceptance of Complaint | | | |
| 40 | | | Oct. 16, 2020 Tort Claim Notice | | | |
| 41 | HANSON006639 HANSON006649 | HANSON006649 HANSON006659 | Sabrina Ullmann Mathews Therapy Records and Bills | | | |
| 42 | | | August 4, 2022 Declaration of Nathan Monson | | | |
| 43 | Hanson_Defendants_000744 | Hanson_Defendants_000781 | Laura Hanson Workday File | | | |
| 44 | Hanson_Defendants_075747 | Hanson_Defendants_075748 | Dec. 21, 2022 Email from Ye to Pham RE: Question regarding Legislative Assistant position | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 45 | Hanson_Defendants_075743 | Hanson_Defendants_075743 | Dec. 30, 2022 Email from Ye to Hanson RE: Laura Hanson Onboarding | | | |
| 46 | HANSON007663 | HANSON007674 | Jan. 5, 2023 OKP Google Documents | | | |
| 47 | Hanson_Defendants_075342 | Hanson_Defendants_075343 | Jan. 10, 2023 Email Exchange b/w Knieling & Hanson RE: Rule 27 training and accommodation process | | | |
| 48 | HANSON008752 | HANSON008753 | ADA Employee Accommodation Request form | | | |
| 49 | Hanson_Defendants_081798 | Hanson_Defendants_081798 | Notes from meeting b/w Hanson and Pham | | | |
| 50 | Hanson_Defendants_081839 | Hanson_Defendants_081853 | Feb. 24, 2023 OKP Staff Meeting Notes | | | |
| 51 | Hanson_Defendants_075730 | Hanson_Defendants_075532 HANSON008057 | Jan. 25, 2023 Email from Pham RE: Separation memo | | | |
| 52 | Hanson_Defendants_075533 | Hanson_Defendants_075534 | Mar. 20, 2023 Email from Pham to Knieling & Sanders RE: Laura Hanson – legal hold | | | |
| 53 | Hanson_Defendants_001049 | Hanson_Defendants_001086 | July 2, 2020 Final Investigation Report by Brenda Baumgart | | | |
| 54 | Hanson_Defendants_001236 | Hanson_Defendants_001240 | Sept. 23, 2020 Addendum to Final Investigation Report by Brenda Baumgart | | | |
| 55 | HANSON008052 | HANSON008055 | Jan. 1, 2021 Khanh Pham Legislative Assistant Position Description | | | |
| 56 | HANSON007704 | HANSON007707 | Dec. 23, 2022 email from Pham to Hanson RE: following up! | | | |
| 57 | | | Impeachment Exhibit | | | |
| 58 | | | Impeachment Exhibit | | | |
| 59 | | | Impeachment Exhibit | | | |
| 60 | | | Impeachment Exhibit | | | |
| 61 | | | Impeachment Exhibit | | | |
| 62 | | | Impeachment Exhibit | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 63 | | | Impeachment Exhibit | | | |
| 64 | | | Impeachment Exhibit | | | |
| 65 | | | Impeachment Exhibit | | | |
| 66 | | | Impeachment Exhibit | | | |
| 67 | | | Impeachment Exhibit | | | |
| 68 | | | Impeachment Exhibit | | | |
| 69 | | | Impeachment Exhibit | | | |
| 70 | | | Impeachment Exhibit | | | |
| 71 | | | Impeachment Exhibit | | | |
| 72 | | | Impeachment Exhibit | | | |
| 73 | | | Impeachment Exhibit | | | |
| 74 | | | Impeachment Exhibit | | | |
| 75 | | | Impeachment Exhibit | | | |
| 76 | | | Impeachment Exhibit | | | |
| 77 | | | Impeachment Exhibit | | | |
| 78 | | | Impeachment Exhibit | | | |
| 79 | | | Impeachment Exhibit | | | |
| 80 | | | Impeachment Exhibit | | | |
| 81 | | | Impeachment Exhibit | | | |
| 82 | | | Impeachment Exhibit | | | |
| 83 | | | Impeachment Exhibit | | | |
| 84 | | | Impeachment Exhibit | | | |
| 85 | | | Impeachment Exhibit | | | |
| 86 | | | Impeachment Exhibit | | | |
| 87 | | | Impeachment Exhibit | | | |
| 88 | | | Impeachment Exhibit | | | |
| 89 | | | Impeachment Exhibit | | | |
| 90 | | | Impeachment Exhibit | | | |
| 91 | | | Impeachment Exhibit | | | |
| 92 | | | Impeachment Exhibit | | | |
| 93 | | | Impeachment Exhibit | | | |
| 94 | | | Impeachment Exhibit | | | |
| 95 | | | Impeachment Exhibit | | | |
| 96 | | | Impeachment Exhibit | | | |
| 97 | | | Impeachment Exhibit | | | |
| 98 | | | Impeachment Exhibit | | | |
| 99 | | | Impeachment Exhibit | | | |
| 100 | | | Impeachment Exhibit | | | |
| 101 | | | Impeachment Exhibit | | | |
| 102 | | | Impeachment Exhibit | | | |

| Exhibit No. | Bates Begin | Bates End | Description | Marked | Offered | Received |
|---|---|---|---|---|---|---|
| 103 | | | Impeachment Exhibit | | | |
| 104 | | | Impeachment Exhibit | | | |
| 105 | | | Impeachment Exhibit | | | |
| 106 | | | Impeachment Exhibit | | | |
| 107 | | | Impeachment Exhibit | | | |

Dated: April 11, 2024.

    /s Rebecca Cambreleng
Rebecca Cambreleng, OSB No. 133209
Rebecca@employmentlaw-nw.com
CAMBRELENG & MARTON LLC
3518 S. Corbett Avenue
Portland, OR 97239
*Of Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 11, 2024, I served the foregoing **PLAINTIFF'S TRIAL EXHIBITS** upon the parties hereto via electronic means through the Court's Case Management/Electronic Case File system and via electronic mail:

>Meredith Holley, OSB No. 125647
>Meredith@erisresolution.com
>Eris Conflict Resolution
>207 E 5th Avenue, Suite 254
>Eugene, Oregon 97401
>*Of Attorneys for Plaintiff*

>Marc Abrams, OSB No. 890149
>Marc.abrams@doj.state.or.us
>Allie Boyd, OSB No. 163478
>Allie.m.boyd@doj.state.or.us
>Oregon Department of Justice
>100 SW Market Street
>Portland, Oregon 97201
>*Attorneys for Defendant*

CAMBRELENG & MARTON LLC

By: s/ Maxwell Joyner
    Max Joyner, Paralegal