Rebecca Cambreleng, OSB No. 133209
rebecca@employmentlaw-nw.com
Ashley A. Marton, OSB No. 171584
ashley@employmentlaw-nw.com
**CAMBRELENG & MARTON LLC**
3518 S. Corbett Ave.
Portland, Oregon 97239
Telephone: (503) 477-4899
*Of Attorneys for Plaintiff*

Meredith Holley, OSB No. 125647
Meredith@erisresolution.com
**Law Office of Meredith Holley**
207 E 5th Avenue, Suite 254
Eugene, Oregon 97401
Telephone: (458) 221-2671
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAURA HANSON,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF OREGON LEGISLATIVE ASSEMBLY**,<br><br>Defendant. | Case No. 3:21-CV-00780-SI<br><br>**PLAINTIFF'S ITEMIZED LIST OF SPECIAL DAMAGES** |

## INTRODUCTION

Plaintiff Laura Hanson alleges violations of the Americans with Disabilities Act, 42 U.S.C. § 12111, *et seq.*; Rehabilitation Act, 29 U.S.C. § 701, *et seq.*; ORS 659A.112; ORS 659A.183; ORS 659A.199; and ORS 659A.203.

## DAMAGES

**Wage Loss.** Plaintiff seeks relief in the form of back pay/wage loss. Plaintiff will testify regarding her back pay. She made $4,727 per month while she was assigned to work in Sen. Gelser's office, which is reflected in defendant's hiring records. Defendant terminated her on October 7, 2020. She obtained new, limited-duration employment from December 17, 2020, through August 31, 2021, which is reflected in her WorkDay records. Defendant then re-hired her, and she worked from January 3, 2023, through January 25, 2025, at a rate of $5,627 per month, which is reflected in an email from Rep. Pham to plaintiff. Plaintiff started law school in early August 2023.

In total, we estimate plaintiff's wage loss in the form of back pay to be $116,866.

**Medical Expenses.** Ms. Hanson will testify that saw a therapist during her tenure with Sen. Gelser and through July 2021. Between January 6, 2020, when defendant suspended her, and July 2021, she had 42 therapy visits, and each visit cost $160, which is supported by records from Ms. Hanson's therapist.

In total, we estimate plaintiff's therapy expenses to be $6,720.

**Compensatory Damages.** In addition to plaintiff's wage loss and medical expenses, she experienced humiliation, depression, anxiety, exacerbation of her PTSD and ADHD, suicidal ideation, and other emotional harms as a result of defendant's actions.

**Other Damages.** Plaintiff has also asked for attorney fees and reasonable costs, pre- and post-judgment interest, and prevailing party costs.

//

//

//

Cambreleng & Marton LLC
3518 S Corbett Ave
Portland, Oregon 97239
(503) 477-4899

Dated this 11th day of April, 2024.

Respectfully submitted,

  */s Rebecca Cambreleng*          
Rebecca Cambreleng, OSB No. 133209
Rebecca@employmentlaw-nw.com
CAMBRELENG & MARTON LLC
3518 S. Corbett Avenue
Portland, OR 97239
*Of Attorneys for Plaintiff*

Meredith Holley(she/her), OSB No. 125647
Meredith@ErisResolution.com
Law Office of Meredith Holley
207 E 5th Avenue, Suite 254
Eugene, OR 97401
Phone: (458) 221-2671
Fax: (833) 352-3615
  *Of Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on April 11, 2024, I served the foregoing **PLAINTIFF'S ITEMIZED LIST OF SPECIAL DAMAGES** upon the parties hereto via electronic means through the Court's Case Management/Electronic Case File system and via electronic mail:

> Meredith Holley, OSB No. 125647
> Meredith@erisresolution.com
> Eris Conflict Resolution
> 207 E 5th Avenue, Suite 254
> Eugene, Oregon 97401
> *Of Attorneys for Plaintiff*
>
> Marc Abrams, OSB No. 890149
> Marc.abrams@doj.state.or.us
> Allie Boyd, OSB No. 163478
> Allie.m.boyd@doj.state.or.us
> Oregon Department of Justice
> 100 SW Market Street
> Portland, Oregon 97201
> *Attorneys for Defendant*

CAMBRELENG & MARTON LLC

By: s/ Maxwell Joyner
  Max Joyner, Paralegal