Rebecca Cambreleng, OSB No. 133209
rebecca@employmentlaw-nw.com
Ashley A. Marton, OSB No. 171584
ashley@employmentlaw-nw.com
**CAMBRELENG & MARTON LLC**
3518 S. Corbett Ave.
Portland, Oregon 97239
Telephone: (503) 477-4899
*Of Attorneys for Plaintiff*

Meredith Holley, OSB No. 125647
Meredith@erisresolution.com
**Law Office of Meredith Holley**
207 E 5th Avenue, Suite 254
Eugene, Oregon 97401
Telephone: (458) 221-2671
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURA HANSON,** <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF OREGON LEGISLATIVE ASSEMBLY,** <br><br> Defendant. | Case No. 3:21-CV-00780-SI <br><br> **PLAINTIFF'S REQUESTED *VOIR DIRE*** |

### REQUESTED VOIR DIRE

Plaintiff's counsel respectfully requests attorney-led voir dire in this matter. If the court is going to conduct general voir dire, Plaintiff's counsel respectfully requests at least 15 minutes for attorney-led voir dire.

In addition to general voir dire questions the court may ask, there are several special considerations in this case we would ask the court to explore in voir dire.

1. Political Bias

This case is not about politics, but will involve notable members of the Oregon legislature, and the legislature itself is the named defendant. We'd like to know if anyone has worked for any elected officials, including Senator Sara Gelser-Blouin and Rep Kahn Pham, knows anyone who has worked for them, or knows if they are a constituent in either of their districts.

While it shouldn't matter, in this highly polarized climate just the fact that someone belongs to one political party or another can have a negative or positive impact on the perception of them. Some people feel they could never make a decision that in any way had a negative reflection on a democrat; other people have strong animosity toward the democratic party. As the individuals in this case are elected officials in the democratic party, and the Plaintiff worked for democrats, we want to make sure that the fact of political affiliation alone will not prejudice anyone for or against the Plaintiff.

Likewise, some people have very strong feelings about elected officials and those choosing to work in public service. We'd like to explore people's bias for or against a person who chooses to work for the government, and specifically work for the legislature.

2. Use of Public Funds

While there may be a jury instruction about public funds, we want to explore whether anyone would have trouble awarding damages based on the defendant being a public body. We would like to explore concerns about taxpayer money being used to pay any judgment.

3. ADHD and other mental health disorders

There are perceptions held by some that attention deficit hyperactivity disorder (ADHD) and other such mental health or neurological disorders are either not real, or something people use as an excuse for certain behavior. That "invisible" conditions aren't real, and people need to just deal

with their "problems" and stop thinking there is something wrong with them. This includes anxiety, depression, and PTSD. We'd like to explore whether people think those who claim to have such mental health disorders are just "lazy" or "pretending".

We'd also like to explore whether there is a different standard between men and women, specifically that women are less likely to have ADHD, and even if they do have it, it doesn't negatively affect them.

4. Unconscious Bias – Disabilities in the workplace

We also would like to explore any unconscious bias against those who are disabled or claim they need accommodation for disabilities in a workplace. While some disabilities are easily seen and accommodated, like a wheelchair ramp and handicap bathroom stall, other disabilities may need different accommodations. Is there any bias centered around the workplace for those who have had co-workers who need accommodations that have negatively impacted someone else's work? For example, if a juror needed to cover for someone who needed time off for doctor's appointments or needed to shift their schedule to accommodate someone who needed to leave early for an unknown reason related to disability, they may have strong supportive or aversive sentiments toward people who need time off for medical reasons.

Do they have experience with anyone abusing the term "disability" where they don't believe or have reason to know the person was not actually disabled but taking advantage of the "system" for personal gain? Does this color their perception of people who ask for accommodation for their disabilities at work?

5. Sexual Assault

While we will attempt to keep out any reference to past sexual trauma, it may come out that the Plaintiff is a survivor of sexual assault. It was also well publicized what happened with Senator Gelser-Blouin and her sexual harassment and assault.

We want to explore whether anyone is a survivor, knows a survivor, and if that colors their perception of other survivors, either positively or negatively.

We also want to explore whether anyone believes that a person who is a survivor of SA may be more likely to "overreact" to certain situations.

6. Chronic Reporting and Unconscious Bias Against Women

Some people may hold a perception that those who make multiple reports are just "tattletales" or "whining". If the complainant is a woman, there can be a bias that she is being "dramatic", looking for attention, being too "emotional", and "overreacting". We would like to find out whether any jurors hold this type of bias.

7. "Younger" Generations

While there is no definition of what constitutes the "younger" generation (millennial, Gen Z, etc) some people hold the belief that those who have come after them are "snowflakes", "too sensitive", or the "everyone gets a trophy" trope that the younger generations are lazy and sensitive and too apt to complain when they should just put their head down and work. We want to explore any bias against younger people feeling "entitled" in the workplace, and the feeling that people should just be happy to have a job and shouldn't make waves. That when they complain or raise concerns about how they're treated, they are just being overly sensitive and reactionary.

8. Government Workers

We'd like to explore if some have a bias against anyone who works for the government as "lazy" and incompetent and not interested in helping people, but rather just getting a paycheck.

9. Non-Economic/Emotional Distress Damages

While the court probably already has questions regarding awarding damages for emotional distress, and whether people think there are too many lawsuits in general, we'd like to make sure this area is explored for bias. We'd like to know whether anyone believes that people who bring lawsuits are greedy and looking for a pay day. We want to know if anyone has been party to, or

witness in, a lawsuit, know anyone who has, and their experience, good or bad, with the legal system. The same goes for attorneys, and any bias against them or the job they do.

10. COVID-19 and January 6th Related Trauma

COVID-19 and January 6 as a date are two things that bring up trauma for some people. Just mention them and people can have deep reactions, positive or negative, about both. While the administrative leave at issue in this case was not January 6, 2021, the date of January 6 is triggering for some people (just like 9/11), and we'd like to make sure that won't impact anyone's ability to think clearly. Same with COVID: while we will be discussing job loss and administrative leave, some people lost jobs, loved ones, their homes, everything during COVID and would have a negative reaction to anyone who still had a job and their health during that time, or have a trauma reaction to any discussions around that time and the backdrop of COVID.

11. Media Coverage

Some people feel very strongly that the news media is untrustworthy, and other people feel it is important for government conduct to be covered in the media. We would like to know how the jurors feel about news and media.

12. Experience with Human Resources and Managers

Finally, we'd ask that the Court explore people's experiences with, and opinions about, managers and human resources. We'd like general opinions about HR, but also if anyone has experiences, positive or negative, around the employee/manager relationship, whether they have been an employee with a bad/good manager, or a manager with a bad/good employee, and if HR was involved and what the experience with HR was like, including whether anyone has been involved in an HR investigation and what that experience was like.

//

//

Cambreleng & Marton LLC
3518 S Corbett Ave
Portland, Oregon 97239
(503) 477-4899

Dated this 11th day of April, 2024.

Respectfully submitted,

_/s Rebecca Cambreleng_____
Rebecca Cambreleng, OSB No. 133209
Rebecca@employmentlaw-nw.com
CAMBRELENG & MARTON LLC
3518 S. Corbett Avenue
Portland, OR 97239
*Of Attorneys for Plaintiff*

Meredith Holley(she/her), OSB No. 125647
Meredith@ErisResolution.com
Law Office of Meredith Holley
207 E 5th Avenue, Suite 254
Eugene, OR 97401
Phone: (458) 221-2671
Fax: (833) 352-3615
  *Of Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on April 11, 2024, I served the foregoing **PLAINTIFF'S REQUESTED VOIR DIRE** upon the parties hereto via electronic means through the Court's Case Management/Electronic Case File system and via electronic mail:

>Meredith Holley, OSB No. 125647
>Meredith@erisresolution.com
>Eris Conflict Resolution
>207 E 5th Avenue, Suite 254
>Eugene, Oregon 97401
>*Of Attorneys for Plaintiff*
>
>Marc Abrams, OSB No. 890149
>Marc.abrams@doj.state.or.us
>Allie Boyd, OSB No. 163478
>Allie.m.boyd@doj.state.or.us
>Oregon Department of Justice
>100 SW Market Street
>Portland, Oregon 97201
>*Attorneys for Defendant*

CAMBRELENG & MARTON LLC

By: s/ Maxwell Joyner
   Max Joyner, Paralegal