Rebecca Cambreleng, OSB No. 133209
rebecca@employmentlaw-nw.com
Ashley A. Marton, OSB No. 171584
ashley@employmentlaw-nw.com
**CAMBRELENG & MARTON LLC**
3518 S. Corbett Ave.
Portland, Oregon 97239
Telephone: (503) 477-4899
*Of Attorneys for Plaintiff*

Meredith Holley, OSB No. 125647
Meredith@erisresolution.com
**Law Office of Meredith Holley**
207 E 5th Avenue, Suite 254
Eugene, Oregon 97401
Telephone: (458) 221-2671
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURA HANSON,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF OREGON LEGISLATIVE ASSEMBLY,**<br><br>Defendant. | Case No.   3:21-CV-00780-SI<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM** |

Plaintiff Laura Hanson hereby submits the proposed verdict form attached to this pleading.

//


//

Page 1 - **PLAINTIFF'S PROPOSED VERDICT FORM**   Cambreleng & Marton LLC
3518 S Corbett Ave
Portland, Oregon 97239
(503) 477-4899

Dated this 11th day of April, 2024.

Respectfully submitted,

 _/s Rebecca Cambreleng_____
Rebecca Cambreleng, OSB No. 133209
Rebecca@employmentlaw-nw.com
CAMBRELENG & MARTON LLC
3518 S. Corbett Avenue
Portland, OR 97239
*Of Attorneys for Plaintiff*

Meredith Holley(she/her), OSB No. 125647
Meredith@ErisResolution.com
Law Office of Meredith Holley
207 E 5th Avenue, Suite 254
Eugene, OR 97401
Phone: (458) 221-2671
Fax: (833) 352-3615
  *Of Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **LAURA HANSON,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**STATE OF OREGON LEGISLATIVE ASSEMBLY**,<br><br>　　　　Defendant. | Case No.  3:21-CV-00780-SI<br><br><br>**VERDICT** |

We, the jury, being first duly empaneled and sworn, find our verdict as follows:

All of you must agree on the following questions.

1. Disability Discrimination

    A. Is it more likely than not that defendant discriminated against Laura Hanson in the terms, conditions, or privileges of her employment based on her disability?

       Answer: Yes \_\_\_\_\_     No \_\_\_\_\_

    B. Is it more likely than not that defendant failed to accommodate Laura Hanson's disabilities, leading to her termination from Senator Gelser's office?

       Answer: Yes \_\_\_\_\_     No \_\_\_\_\_

    C. Is it more likely than not that defendant failed to accommodate Laura Hanson's disabilities, leading to her termination from Representative Pham's office?

    Answer: Yes \_\_\_\_\_    No \_\_\_\_\_

2. Medical Leave Interference or Discrimination

    A. Is it more likely than not that defendant interfered with any of Laura Hanson's attempts to take medical leave?

    Answer: Yes \_\_\_\_\_    No \_\_\_\_\_

    B. Is it more likely than not that defendant discriminated against Laura Hanson in the terms and conditions of her employment in response to any inquiry about OFLA rights?

    Answer: Yes \_\_\_\_\_    No \_\_\_\_\_

3. Whistleblower Retaliation

    Is it more likely than not that that defendant retaliated against Laura Hanson in response to her good faith reports that she believed were evidence of a violation of a law, rule, or regulation?

    Answer: Yes \_\_\_\_\_    No \_\_\_\_\_

///

///

///

4. Public Employee Whistleblower Retaliation

   Is it more likely than not that defendant retaliated against Laura Hanson in response to any disclosure she made that was evidence of violation of law, rule, regulation, mismanagement, or abuse of authority?

   Answer: Yes _____    No _____

If you answered *no* to **all** of the questions above, your verdict is for the Defendant. Do not answer any further questions. Have your presiding juror sign this Verdict form.

If you answered *yes* to **any** of the questions above, move on to Question 5.

5. If you answered *yes* to Question 1 (Disability Discrimination), please answer the questions below about those claims:

   A. What, if any, are Laura Hanson's economic damages? $_____

   B. What, if any, are Laura Hanson's noneconomic damages? $_____

6. If you answered *yes* to Question 3 (Whistleblower Retaliation), please answer the questions below about that claim:

   A. What, if any, are Laura Hanson's economic damages? $_____

   B. What, if any, are Laura Hanson's noneconomic damages? $_____

7. If you answered *yes* to Question 4 (Public Employee Whistleblower Retaliation), please answer the questions below about that claim:

   A. What, if any, are Laura Hanson's economic damages? $_____

   B. What, if any, are Laura Hanson's noneconomic damages? $_____

Dated this ___ day of _____, 2024

_____
Presiding Juror Signature

_____
Presiding Juror Printed Name

# CERTIFICATE OF SERVICE

I certify that on April 11, 2024, I served the foregoing **PLAINTIFF'S PROPOSED VERDICT FORM** upon the parties hereto via electronic means through the Court's Case Management/Electronic Case File system and via electronic mail:

>Meredith Holley, OSB No. 125647
>Meredith@erisresolution.com
>Eris Conflict Resolution
>207 E 5th Avenue, Suite 254
>Eugene, Oregon 97401
>*Of Attorneys for Plaintiff*

>Marc Abrams, OSB No. 890149
>Marc.abrams@doj.state.or.us
>Allie Boyd, OSB No. 163478
>Allie.m.boyd@doj.state.or.us
>Oregon Department of Justice
>100 SW Market Street
>Portland, Oregon 97201
>*Attorneys for Defendant*

CAMBRELENG & MARTON LLC

By: s/ Maxwell Joyner
Max Joyner, Paralegal