ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS, #890149
Assistant Attorney-in-Charge
ALLIE M. BOYD, #163478
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  marc.abrams@doj.state.or.us
        allie.m.boyd@doj.state.or.us

Attorneys for Defendant State of Oregon Legislative Assembly

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SOUTHERN DIVISION

| LAURA HANSON, | Case No. 3:21-cv-00780-SI |
|---|---|
| Plaintiff, | **DEFENDANT'S EXHIBT LIST** |
| v. | |
| STATE OF OREGON LEGISLATIVE ASSEMBLY, | |
| Defendant. | |

Defendant Oregon Legislative Assembly submits the following list of exhibits for use in the trial of this action. Numbering reflects the number used in depositions reference, and so is non-consecutive. Defendant reserves the right to submit exhibits in rebuttal as permitted under the Rules.

| **EX. NO.** | **EXHIBIT DESCRIPTION** | **OFFERED** | **RECEIVED** |
|---|---|---|---|
| 203 | [Hansen MSJ Dec. X3] ADA Accommodation form | | |
| 204 | Hanson BAARS-IV" Self-Report: Current Symptoms | | |
| 206 | Nov. 12, 2019 Gelser Blouin-Hanson texts | | |

| EX. NO. | EXHIBIT DESCRIPTION | OFFERED | RECEIVED |
|---|---|---|---|
| 207 | Jan. 21, 2019-Jan. 5, 2020 Gelser Blouin-Hanson texts | | |
| 208 | Gelser Blouin-Hanson texts incl "toxic environment" | | |
| 209 | Sept. 30, 2019 "Sick this morning" e-mail string | | |
| 210 | Dec. 18-29, 2019 Gelser Blouin-Hanson texts | | |
| 211 | Dec. 19, 2019 Mental Health Day text | | |
| 212 | Hanson record of leave taken 2nd half 2019 | | |
| 213 | Hanson diagnosis certification | | |
| 214 | Dec. 31, 2019 Gelser Blouin e-mail re Hanson concerns | | |
| 215 | Dec. 31, 2019 Hanson to Knieling e-mail | | |
| 216 | House Concurrent Resolution 20 amending LBPR 27 | | |
| 217 | House Concurrent Resolution 221 further amending LBPR 27 | | |
| 218 | Dec. 31, 2019-Jan. 2, 2021 Hanson-Knieling e-mail string | | |
| 219 | Jan 6, 2020 Knieling to Hanson re administrative leave | | |
| 220 | Jan 5, 2020 Hanson e-mail to Knieling re "Confused about process" | | |
| 221 | Jan. 14-15, 2020 e-mail string Hanson-Gelser | | |
| 222 | Feb. 7-12, 2020 text string Hanson-Vanderhart | | |
| 223 | Jan. 29, 2020 Sandmeyer to Hanson e-mail | | |
| 224 | July 14, 2020 Nordlund to Holley e-mail re hearing | | |
| 225 | Oct. 7, 2020 Gelser Blouin to Hanson removal from service memo | | |
| 228 | Nov. 6, 2020 Secretary of State filing | | |
| 229 | Hanson pay record | | |

Page 2 -   **DEFENDANT'S EXHIBT LIST**

| EX. NO. | EXHIBIT DESCRIPTION | OFFERED | RECEIVED |
|---|---|---|---|
| 230 | Job hunt materials | | |
| 231 | Dec. 16, 2020 Employment Dept. job offer | | |
| 232 | Dec. 17, 2020 revised Employment Department job offer | | |
| 233 | June 24, 2021 Employment Department job extension | | |
| 234 | Merry Christmas Sarah Holiday note | | |
| 235 | Position Description LA-1 | | |
| 236 | Dec. 18-19, 2019 e-mail string Hanson-Gelser | | |
| 237 | July 26, 2019 e-mail string Gelser-Hanson | | |
| 238 | Jan. 9, 2019 e-mail string Gelser-Hanson | | |
| 239 | Jan 10, 2023 Hanson-Hoeye e-mail | | |
| 240 | Templates for work product | | |
| 241 | Dec. 30, 2019 e-mail Hanson to Gelser | | |
| 242 | Dec. 30, 2019 "Welcome back" e-mail Gelser to Hanson | | |
| 245 | [G-B Exh 45] notes on Hanson work schedule | | |
| 250 | 2023 House Bill 2619 | | |
| 251 | ORS 192.005 | | |
| 264 | [Pham Exh 64] Ye memo re Hanson deficiencies | | |
| 265 | [Canning Exh 65] memo re Hanson deficiencies | | |
| 267 | [Pham Exh 67] Jan. 25, 2023 termination letter | | |
| 268 | Hanson ADA request unfilled out | | |
| 269 | [Hanson MSJ Dec. Exh. 9] Jan. 2, 2020 Hanson e-mail | | |
| 270 | [Baumgart Dep. Exh. 21] Baumgart Investigative Report | | |

Page 3 -   **DEFENDANT'S EXHIBT LIST**

DATED April 18, 2024.

                                      Respectfully submitted,

                                      ELLEN F. ROSENBLUM
                                      Attorney General

                                        *s/ Marc Abrams*
                                      MARC ABRAMS, #890149
                                      Assistant Attorney-in-Charge
                                      ALLIE M. BOYD, #163478
                                      Assistant Attorney General
                                      Trial Attorneys
                                      Tel (971) 673-1880
                                      Fax (971) 673-5000
                                      marc.abrams@doj.state.or.us
                                      allie.m.boyd@doj.state.or.us