ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS, #890149
Assistant Attorney-in-Charge
ALLIE M. BOYD, #163478
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  marc.abrams@doj.state.or.us
         allie.m.boyd@doj.state.or.us

*Attorneys for Defendant State of Oregon Legislative Assembly*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SOUTHERN DIVISION

| | |
|---|---|
| LAURA HANSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF OREGON LEGISLATIVE ASSEMBLY,<br><br>    Defendant. | Case No. 3:21-cv-00780-SI<br><br>**DEFENDANT'S PROPOSED VOIR DIRE** |

Defendant State of Oregon Legislative Assembly requests that the Court ask the following questions during *voir dire:*

**<u>Doctrinal</u>**

1.     Do you think that it's fair that the party suing has the burden of proving up all their claims? Does anyone think the defendant in a civil claim should have the burden?

2.     There are seven stages of trial (jury selection, opening, plaintiff's case, defendant's case, closing, instructions, then deliberation and verdict) – does everyone here think they can keep an open mind until they have heard each phase? Will the fact that plaintiff gets to

go first and tell their whole story impact you all?

      3.      When faced with difficult decisions, some people trust their heart and others trust their head. How many of you tend to make difficult decisions with your heart rather than your head? If you have any sympathy for the plaintiff—or favor towards the State for that matter—are you all willing to put that aside and follow the Court's instructions not to allow that to enter into your deliberations?

      4.      Some people believe that just because a lawsuit is filed and gets to court, it doesn't necessarily mean that a person has a good case. Others believe a lawsuit would not get to trial unless it had considerable merit. How many of you believe that if a lawsuit gets to court, it must have considerable merit?

      5.      Do you all believe that all parties should be treated the same or that bigger parties like corporations or public bodies should be treated differently?

**<u>Legal Experience</u>**

      6.      Studies show that many jurors make up their mind during opening arguments, and that most make up their mind by the close of plaintiff's case. Do you think you'd have any difficulty keeping an **open mind** until all the evidence is in?

      7.      Have you ever been involved in a harassment or discrimination or retaliation proceeding?

      8.      Have you ever been involved in an employment dispute? If so, what?

**<u>Personal</u>**

      9.      I'd like you to pretend with me for a moment. Let's say your best friend in the world is sitting here, right her in this courtroom. If I asked them, how would they describe you?

      10.      Do you have a hobby? What is it? Tell me what memberships in groups or

organizations do you have?

11. How do you receive your news? One source or many? What newspapers or magazines do you read? What internet sites do you use most frequently? What are your favorite TV shows? Do you listen to talk radio? If so, which hosts?

**Professional/Attitudinal**

12. I'd like to ask you about your feelings about the state generally.

13. Have you ever been an employee of the State of Oregon? Which agency? Tell me about the position you hold or have held. Has any member or your family, or has any close friend, served as a State of Oregon employee?

14. Would anything about that work make you lean towards either side? Be unable to give the Oregon Legislature a fair shake?

15. Have any of you, or your family or friends, had any interaction with the Oregon Department of Justice? Do you have any opinions about ODOJ or Attorney General Ellen Rosenblum, because of what you may have heard about her or positions she and DOJ have taken?

16. Who here doesn't like dealing with state agencies? DMV? DOR? Unemployment Compensation Board? Have any of you ever had dealings with the state? Well, anyone have a driver's license? And you went? Took a test? Paid a fee? How many of you are registered to vote? And you went and signed up? And every year you deal with our friends at the Internal Revenue Service and the State Department of Revenue? Any other dealings?

17. The Legislature sets taxes on all of us. Which of you might not be able to be neutral about the Legislature because of that?

18. Who here doesn't like politics and politicians?

Page 3 -   **DEFENDANT'S PROPOSED VOIR DIRE**

19. Who here feels that the state does as much as they can?

20. Who here thinks the state interferes with their lives too much?

21. What are your expectations of government as an employer, with regard to expectations of its employees? Do those views differ, if it all, from your expectations of private employers?

Let's talk a bit about your workplace experiences:

22. Have any of you ever been annoyed by the way your boss treated you? Can you give me an example? How did you handle it? Did you think it was the employer's obligation to change? Yours? Why?

23. Have you ever held a management position which required you to hire, train, fire, promote or otherwise evaluate the performance of employees? Where, when, what kind of position held, and so forth. What were your management duties, generally?

24. Has an employee ever accused you of being unfair in your management practices? Please describe. Would anything about the experience affect your **impartiality** in hearing this case?

25. Have you ever been discharged from employment, or disciplined by an employer, under conditions you thought were unfair? Please describe. Would that experience affect your **impartiality** in hearing this case?

26. Do you believe you have ever been the subject of workplace harassment? Please tell me about that? What did you do about that?

27. Have you ever felt there was someone at your job who wanted you to be fired or to have you quit? If yes, please tell me about that.

28. Have you ever known of anyone who falsely claimed he or she was harassed in

the workplace in order to obtain a large settlement?

DATED April 18, 2024.

                  Respectfully submitted,

                  ELLEN F. ROSENBLUM
                  Attorney General

                  *s/ Marc Abrams*
                  MARC ABRAMS, #890149
                  Assistant Attorney-in-Charge
                  ALLIE M. BOYD, #163478
                  Assistant Attorney General
                  Trial Attorneys
                  Tel (971) 673-1880
                  Fax (971) 673-5000
                  marc.abrams@doj.state.or.us
                  allie.m.boyd@doj.state.or.us
                  *Attorneys for Defendant*