ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS, #890149
Assistant Attorney-in-Charge
ALLIE M. BOYD, #163478
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  marc.abrams@doj.state.or.us
        allie.m.boyd@doj.state.or.us

*Attorneys for Defendant State of Oregon Legislative Assembly*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SOUTHERN DIVISION

| LAURA HANSON, | Case No. 3:21-cv-00780-SI |
|---|---|
| Plaintiff, | **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS** |
| v. | |
| STATE OF OREGON LEGISLATIVE ASSEMBLY, | |
| Defendant. | |

Defendant Oregon Legislative Assembly objects to the proposed exhibits of plaintiff as follows:

| Exhibit No. | Bates Begin | Bates End | Description | Objections |
|---|---|---|---|---|
| 1 | Hanson_Defendants_ 009154 | Hanson_Defendants_ 009159 | Nov. 14, 2018 Legislative Assistant Position Description | **No objection (same as Exh. 235)** |
| 2 | HANSON002594 | HANSON002596 | Dec. 5, 2018 Hire Form & Pay Letter | **No objection** |
| 3 | | | Legislative Branch Personnel Rule 27 (revised) – Effective June 29, 2019 | **No objection (same as Exh. 216)** |
| 4 | Hanson_Defendants_ 000392 | Hanson_Defendants_ 000392 | Legislative Branch Personnel Rule 5A: ADA | *Objection: irrelevant —* |

Page 1 -   **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS**

| Exhibit No. | Bates Begin | Bates End | Description | Objections |
|---|---|---|---|---|
| | | | | *there is no contention this was violated and no basis for saying there is a private right of action* |
| 5 | HANSON001662 | HANSON001996 | Text messages b/w Hanson & Gelser | **No objection** |
| 6 | Hanson_Defendants_069890 | Hanson_Defendants_069896 | Dec. 17, 2019 Memo from Hanson to Gelser | **No objection** |
| 7 | Hanson_Defendants_069908 | Hanson_Defendants_069915 | Response from Gelser to Hanson's Dec. 17, 2019 Memo | **No objection** |
| 8 | Hanson_Defendants_070017 | Hanson_Defendants_070025 | Dec. 18, 2019 Memo from Hanson to Gelser | **No objection** |
| 9 | Hanson_Defendants_070058 | Hanson_Defendants_070060 | Response from Gelser to Hanson's Dec. 18, 2019 Memo | **No objection** |
| 10 | Hanson_Defendants_070062 | Hanson_Defendants_070064 | Reply from Hanson to Gelser's Response to Dec. 18, 2019 Memo | **No objection** |
| 11 | Hanson_Defendants_070149 | Hanson_Defendants_070152 | Dec. 19, 2019 Memo from Hanson to Gelser | **No objection** |
| 12 | Hanson_Defendants_070175 | Hanson_Defendants_070176 | Response from Gelser to Hanson's Dec. 19, 2019 Memo | **No objection** |
| 13 | Hanson_Defendants_009162 | Hanson_Defendants_009163 | Christmas card from Hanson to Gelser | **No objection (but prefer Exh. 234 as it is in color)** |
| 14 | Hanson_Defendants_070331 | Hanson_Defendants_070331 | Dec. 27, 2019 Email from Hanson to Gelser | **No objection** |
| 15 | Hanson_Defendants_009132 | Hanson_Defendants_009132 | Dec. 30, 2019 Handwritten note re: panic attacks | *Objection: lack of foundation, hearsay* |
| 16 | Hanson_Defendants_009133 | Hanson_Defendants_009136 | Dec. 31, 2019 Handwritten notes re: Hanson | *Objection: lack of foundation, hearsay* |
| 17 | Hanson_Defendants_004044 | Hanson_Defendants_004049 | Jan. 2, 2020 Email Exchange b/w Hanson & Knieling | **No objection (same as Exh. 269)** |
| 18 | Hanson_Defendants_004050 | Hanson_Defendants_004050 | Jan. 2, 2020 Email from Baumgart to Knieling RE: I connected with Laura. | *Objection: lack of foundation, hearsay;* |

| Exhibit No. | Bates Begin | Bates End | Description | Objections |
|---|---|---|---|---|
|  |  |  |  | *Brenda Baumgart not being called by plaintiff* |
| 19 | HANSON002695 | HANSON002699 | Stoel Rives Bio - Brenda Baumgart | *Objection: lack of foundation hearsay* |
| 20 | Hanson_Defendants_ 009170 | Hanson_Defendants_ 009173 | Jan. 2, 2020 Email Exchange b/w Knieling & Gelser | *Objection: as to Shane Walker component of exhibit, lack of foundation, hearsay* |
| 21 | Hanson_Defendants_ 070824 | Hanson_Defendants_ 070825 | Jan. 3, 2020 Email Exchange b/w Hanson, Mele & Knieling RE: Question about office expenses | **No objection** |
| 22 | Hanson_Defendants_ 070872 | Hanson_Defendants_ 070873 | Jan. 5, 2020 Email Exchange b/w Hanson & Knieling RE: Confused about process | **No objection** |
| 23 | Hanson_Defendants_ 004055 | Hanson_Defendants_ 004057 | Jan. 5, 2020 Email from Knieling to Baumgart Fwd: Confused about process | **No objection** |
| 24 | Hanson_Defendants_ 004062 | Hanson_Defendants_ 004064 | Jan. 6, 2020 Email from Knieling to Baumgart RE: Hanson's Memo of Admin. Leave | **No objection** |
| 25 | Hanson_Defendants_ 070945 | Hanson_Defendants_ 070945 | Jan. 6, 2020 Email from Knieling to Hanson & Gelser RE: Meeting at 11 | *Objection: irrelevant* |
| 26 | Hanson_Defendants_ 000733 | Hanson_Defendants_ 000734 | Jan. 6, 2020 Memo to Hanson RE: Paid Admin. Leave | *Objection: duplicative of Exh. 24* |
| 27 | HANSON008864 | HANSON008865 | Jan. 10, 2020 Memo From Tom Powers RE: HCR 20 – Personnel Rule 27 and Complaints Against Legislators | *Objection: lack of foundation, hearsay* |
| 28 | Hanson_Defendants_ 000736 | Hanson_Defendants_ 000736 | Jan. 20, 2020 Hanson FMLA Certification | **No objection** |
| 29 | HANSON001521 | HANSON001525 | Jan. 27, 2020 Email from Hanson to Sandmeyer RE: Rule 27 Investigation | **No objection** |
| 30 | Hanson_Defendants_ 000956 | Hanson_Defendants_ 000957 | Jan. 29, 2020 Memo From Sandmeyer to Hanson RE: Follow-up Q&A | **No objection** |
| 31 | Hanson_Defendants_ 000809 | Hanson_Defendants_ 000810 | Jan. 15, 2020 Email from Hanson to Knieling RE: Follow up | *Objection: hearsay* |

| Exhibit No. | Bates Begin | Bates End | Description | Objections |
|---|---|---|---|---|
| 32 | | | July 9, 2020 Email from Sandmeyer to Hanson RE: Confidential Communication-do not forward | *Objection: lack of foundation, hearsay, and would require the defense to call and cross-examine counsel if admitted* |
| 33 | Hanson_Defendants_000641 | Hanson_Defendants_000642 | Legislative Branch Personnel Rule 8: Americans with Disabilities Act (2020 update) | *Objection: irrelevant — there is no contention this was violated and no basis for saying there is a private right of action* |
| 34 | Hanson_Defendants_000511 | Hanson_Defendants_000526 | House Concurrent Resolution 221 | **No objection (same as Exh. 217)** |
| 35 | HANSON000396 | HANSON000397 | Sept. 4, 2020 Email Exchange b/w Knieling & Holley RE: Laura Hanson's suspension from work | *Objection: irrelevant, and would require the defense to call and cross-examine counsel if admitted* |
| 36 | Hanson_Defendants_003633 | Hanson_Defendants_003641 | Oct. 6, 2020 Memo from Sen. Prozanski RE: Conduct chair agenda 10.7.2020 | *Objection: lack of foundation, hearsay; plaintiff is not calling either Sen. Prozanski or Ms. Nordlund* |
| 37 | HANSON001526 | HANSON001526 | Oct. 7, 2020 Memo from Gelser to | **No objection** |

| Exhibit No. | Bates Begin | Bates End | Description | Objections |
|---|---|---|---|---|
| | | | Hanson RE: Termination of Employment | **(same as Exh. 225)** |
| 38 | | | Oct. 13, 2020 BOLI Complaint | *Objection: irrelevant, hearsay, lack of foundation, Sleigh v. Jenny Craig Weight Loss Centres, Inc., 161 Or. App. 262 (1999)* |
| 39 | | | Dec. 29, 2020 Letter from BOLI RE: Acceptance of Complaint | *Objection: irrelevant, hearsay, Sleigh v. Jenny Craig Weight Loss Centres, Inc., 161 Or. App. 262 (1999)* |
| 40 | | | Oct. 16, 2020 Tort Claim Notice | *Objection: irrelevant, lack of foundation, hearsay, and would require the defense to call and cross-examine counsel if admitted* |
| 41 | HANSON006639 HANSON006649 | HANSON006649 HANSON006659 | Sabrina Ullmann Mathews Therapy Records and Bills | *Objection: the 2023 date on this exhibit makes clear it was not contemporaneous, and not actually the records or* |

Page 5 -    **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS**

| Exhibit No. | Bates Begin | Bates End | Description | Objections |
|---|---|---|---|---|
| | | | | *bills, but a reconstruction not satisfying Fed. R. Ev. 1006* |
| 42 | | | August 4, 2022 Declaration of Nathan Monson | *Objection: lack of foundation, hearsay, subject to defendant's Motion in limine No. 14* |
| 43 | Hanson_Defendants_000744 | Hanson_Defendants_000781 | Laura Hanson Workday File | *Objection: lack of foundation, hearsay, irrelevant* |
| 44 | Hanson_Defendants_075747 | Hanson_Defendants_075748 | Dec. 21, 2022 Email from Ye to Pham RE: Question regarding Legislative Assistant position | *Objection: lack of foundation, hearsay; plaintiff is not calling Mr. Ye* |
| 45 | Hanson_Defendants_075743 | Hanson_Defendants_075743 | Dec. 30, 2022 Email from Ye to Hanson RE: Laura Hanson Onboarding | *Objection: lack of foundation, hearsay* |
| 46 | HANSON007663 | HANSON007674 | Jan. 5, 2023 OKP Google Documents | *Objection: irrelevant, lack of foundation, hearsay* |
| 47 | Hanson_Defendants_075342 | Hanson_Defendants_075343 | Jan. 10, 2023 Email Exchange b/w Knieling & Hanson RE: Rule 27 training and accommodation process | **No objection** |
| 48 | HANSON008752 | HANSON008753 | ADA Employee Accommodation Request form | **No objection (same as Exh. 203)** |
| 49 | Hanson_Defendants_081798 | Hanson_Defendants_081798 | Notes from meeting b/w Hanson and Pham | *Objection: irrelevant, lack of foundation,* |

| Exhibit No. | Bates Begin | Bates End | Description | Objections |
|---|---|---|---|---|
| | | | | hearsay |
| 50 | Hanson_Defendants_ 081839 | Hanson_Defendants_ 081853 | Feb. 24, 2023 OKP Staff Meeting Notes | *Objection: irrelevant (notes come from after plaintiff's termination and are not about her), lack of foundation, hearsay* |
| 51 | Hanson_Defendants_ 075730 | Hanson_Defendants_ 075532 HANSON008057 | Jan. 25, 2023 Email from Pham RE: Separation memo | **No objection (same as Exh. 267)** |
| 52 | Hanson_Defendants_ 075533 | Hanson_Defendants_ 075534 | Mar. 20, 2023 Email from Pham to Knieling & Sanders RE: Laura Hanson – legal hold | **No objection** |
| 53 | Hanson_Defendants_ 001049 | Hanson_Defendants_ 001086 | July 2, 2020 Final Investigation Report by Brenda Baumgart | *Objection: this exhibit is a duplicate of itself (19 pp. without redactions, 19 pp. with) and of Exh. 270.* **No objection to first 19 pp.** |
| 54 | Hanson_Defendants_ 001236 | Hanson_Defendants_ 001240 | Sept. 23, 2020 Addendum to Final Investigation Report by Brenda Baumgart | **No objection** |
| 55 | HANSON008052 | HANSON008055 | Jan. 1, 2021 Khanh Pham Legislative Assistant Position Description | *Objeciton: lack of foundation* |
| 56 | HANSON007704 | HANSON007707 | Dec. 23, 2022 email from Pham to Hanson RE: following up! | *Objection: lack of foundation, hearsay, irrelevant* |
| 57-107 | | | Impeachment Exhibits | *Objections reserved* |

DATED April 18, 2024.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

        *s/ Marc Abrams*
        MARC ABRAMS, #890149
        Assistant Attorney-in-Charge
        ALLIE M. BOYD, #163478
        Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        marc.abrams@doj.state.or.us
        allie.m.boyd@doj.state.or.us
        *Attorneys for Defendant*