Rebecca Cambreleng, OSB No. 133209
rebecca@employmentlaw-nw.com
Ashley A. Marton, OSB No. 171584
ashley@employmentlaw-nw.com
**CAMBRELENG & MARTON LLC**
3518 S. Corbett Ave.
Portland, Oregon 97239
Telephone: (503) 477-4899
*Of Attorneys for Plaintiff*

Meredith Holley(she/her), OSB No. 125647
Meredith@ErisResolution.com
Law Office of Meredith Holley
207 E 5th Avenue, Suite 254
Eugene, OR 97401
Phone: (458) 221-2671
Fax: (833) 352-3615
*Of Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURA HANSON**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF OREGON LEGISLATIVE ASSEMBLY**, <br><br> Defendant. | Case No.   3:21-CV-00780-SI <br><br> **PLAINTIFF'S RESPONSES TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S STATEMENT OF SPECIAL DAMAGES AND MOTION TO STRIKE** |

Plaintiff responds to Defendant's objections to Plaintiff's special damages and motion to strike as follows:

Page 1 -   **PLAINTIFF'S RESPONSES TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S STATEMENT OF SPECIAL DAMAGES AND MOTION TO STRIKE**

Cambreleng & Marton LLC
3518 S Corbett Ave
Portland, Oregon 97239
(503) 477-4899

CONFERRAL

Defendant failed to confer regarding its motion to strike under LR7-1.

RESPONSE

The basis for Defendant's objection is unclear. Defendant's own records show Plaintiff's employment at the Oregon Employment Department ended on August 31, 2021. Pl. Trial Ex. 43 at 2 (Hanson_Defendants_000745). Plaintiff provided to Defendant extensive records of job applications after that point. Clearly, Defendant was aware Plaintiff was looking for a job as of December 2022 because it offered to rehire her.

However, Defendant's Exhibit 229 did clarify that Plaintiff was paid $5,219 at the time of her termination, rather than the $4,727 listed in her initial hire paperwork and in error on Plaintiff's list of special damages. This makes our estimate of Plaintiff's total wage loss $125,282. We apologize for this error.

Plaintiff's therapist's records were provided as Plaintiff's Trial Exhibit 41. While one page of the document does not include the costs of the visits, Plaintiff or her therapist are available to testify that the cost per visit did not change. Defendant has requested updated records, and we have reached out to medical providers to find out if there are any updates.

Plaintiff asks the court to deny Defendant's motion.

Submitted this 25th Day of April, 2024.

                                        */s Rebecca Cambreleng*
                                        Rebecca Cambreleng, OSB No. 133209
                                        Rebecca@employmentlaw-nw.com
                                        CAMBRELENG & MARTON LLC
                                        3518 S. Corbett Avenue
                                        Portland, OR 97239
                                        *Of Attorneys for Plaintiff*

Page 2 - **PLAINTIFF'S RESPONSES TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S STATEMENT OF SPECIAL DAMAGES AND MOTION TO STRIKE**

Cambreleng & Marton LLC
3518 S Corbett Ave
Portland, Oregon 97239
(503) 477-4899

Meredith Holley(she/her), OSB No. 125647
Meredith@ErisResolution.com
Law Office of Meredith Holley
207 E 5th Avenue, Suite 254
Eugene, OR 97401
Phone: (458) 221-2671
Fax: (833) 352-3615
*Of Attorneys for Plaintiff*

Page 3 -   **PLAINTIFF'S RESPONSES TO DEFENDANT'S OBJECTIONS
            TO PLAINTIFF'S STATEMENT OF SPECIAL DAMAGES AND
            MOTION TO STRIKE**

Cambreleng & Marton LLC
3518 S Corbett Ave
Portland, Oregon 97239
(503) 477-4899

## CERTIFICATE OF SERVICE

I certify that on April 25, 2024, I served the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S STATEMENT OF SPECIAL DAMAGES AND MOTION TO STRIKE** upon the parties hereto via electronic means through the Court's Case Management/Electronic Case File system and via electronic mail:

    Meredith Holley, OSB No. 125647
    Meredith@erisresolution.com
    Eris Conflict Resolution
    207 E 5th Avenue, Suite 254
    Eugene, Oregon 97401
    *Of Attorneys for Plaintiff*

    Marc Abrams, OSB No. 890149
    Marc.abrams@doj.state.or.us
    Allie Boyd, OSB No. 163478
    Allie.m.boyd@doj.state.or.us
    Oregon Department of Justice
    100 SW Market Street
    Portland, Oregon 97201
    *Attorneys for Defendant*

CAMBRELENG & MARTON LLC

By: s/ Maxwell Joyner
    Max Joyner, Paralegal

Page 4 - PLAINTIFF'S RESPONSES TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S STATEMENT OF SPECIAL DAMAGES AND MOTION TO STRIKE

Cambreleng & Marton LLC
3518 S Corbett Ave
Portland, Oregon 97239
(503) 477-4899