Rebecca Cambreleng, OSB No. 133209
rebecca@employmentlaw-nw.com
Ashley A. Marton, OSB No. 171584
ashley@employmentlaw-nw.com
**CAMBRELENG & MARTON LLC**
3518 S. Corbett Ave.
Portland, Oregon 97239
Telephone: (503) 477-4899
*Of Attorneys for Plaintiff*

Meredith Holley(she/her), OSB No. 125647
Meredith@ErisResolution.com
Law Office of Meredith Holley
207 E 5th Avenue, Suite 254
Eugene, OR 97401
Phone: (458) 221-2671
Fax: (833) 352-3615
*Of Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURA HANSON**,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF OREGON LEGISLATIVE ASSEMBLY**,<br><br>Defendant. | Case No.   3:21-CV-00780-SI<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE*** |

**I.  Plaintiff's Motion in Limine to Ask Leading Questions in the Direct Examination of Sara Gelser-Blouin, Kham Pham, Jessica Knieling, and Jackie Sandmeyer.**

Defendant's argument that "Plaintiff provides not one scintilla of factual support that, for any of these four, let alone all of these four, they would respond in a hostile manner to any

questioning and not respond fully and truthfully" misses the mark of the Fed. R. Evid. 611(c) and Plaintiff's argument in support of her motion. All four parties are "witnesses identified with an adverse party" and Plaintiff is entitled to ask leading questions pursuant to Fed. R. Evid. 611(c)(2).

II.   **Plaintiff's Motion in Limine to Exclude Improper Evidence, Argument, or Reference of Character.**

Defendant argues this motion is premature, however, several of the witnesses on Defendant's witness list have been identified to testify only to the character of Sen Gelser-Blouin which is improper character evidence. See ECF No. 94 at 9-11, ECF No. 118 at 4-6. Thus, this motion is not premature and Plaintiff requests that improper evidence, argument, testimony, and witnesses who will only testify to character viz a viz past actions taken by Sen. Gelser-Blouin, be excluded.

Submitted this 25th Day of April, 2024.

       /s Rebecca Cambreleng
Rebecca Cambreleng, OSB No. 133209
Rebecca@employmentlaw-nw.com
CAMBRELENG & MARTON LLC
3518 S. Corbett Avenue
Portland, OR 97239
*Of Attorneys for Plaintiff*

Meredith Holley(she/her), OSB No. 125647
Meredith@ErisResolution.com
Law Office of Meredith Holley
207 E 5th Avenue, Suite 254
Eugene, OR 97401
Phone: (458) 221-2671
Fax: (833) 352-3615
*Of Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2024, I served the foregoing **PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE*** upon the parties hereto via electronic means through the Court's Case Management/Electronic Case File system and via electronic mail:

>Meredith Holley, OSB No. 125647
>Meredith@erisresolution.com
>Eris Conflict Resolution
>207 E 5th Avenue, Suite 254
>Eugene, Oregon 97401
>*Of Attorneys for Plaintiff*

>Marc Abrams, OSB No. 890149
>Marc.abrams@doj.state.or.us
>Allie Boyd, OSB No. 163478
>Allie.m.boyd@doj.state.or.us
>Oregon Department of Justice
>100 SW Market Street
>Portland, Oregon 97201
>*Attorneys for Defendant*

CAMBRELENG & MARTON LLC

By: s/ Maxwell Joyner
    Max Joyner, Paralegal