ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS, #890149
Assistant Attorney-in-Charge
ALLIE BOYD, #163478
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  marc.abrams@doj.oregon.gov
         allie.m.boyd@doj.oregon.gov

*Attorneys for Defendant State of Oregon Legislative Assembly*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAURA HANSON, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF OREGON LEGISLATIVE ASSEMBLY, <br><br> Defendant. | Case No. 3:21-cv-00780-SI <br><br> **NOTICE OF CHANGE OF EMAIL ADDRESS** <br><br> **ORS 20.140 - State fees deferred at filing** |

YOU ARE HEREBY NOTIFIED that, **effective May 31, 2024**, the email addresses for Defendant State of Oregon Legislative Assembly's counsel, Marc Abrams and Allie Boyd, of the Department of Justice will change to: marc.abrams@doj.oregon.gov and allie.m.boyd@doj.oregon.gov.  Counsel's mailing address, phone number, and facsimile number remain unchanged.

Please update your records to reflect this change.

///

Page 1 -   **NOTICE OF CHANGE OF EMAIL ADDRESS**

DATED May 30, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

   *s/ Marc Abrams*
MARC ABRAMS, #890149
Assistant Attorney-in-Charge
ALLIE BOYD, #163478
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
marc.abrams@doj.oregon.gov
allie.m.boyd@doj.oregon.us
*Attorneys for Defendant*
*State of Oregon Legislative Assembly*

Page 2 -   **NOTICE OF CHANGE OF EMAIL ADDRESS**
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

### CERTIFICATE OF SERVICE

I certify that on May 30, 2024, I served the foregoing NOTICE OF CHANGE OF EMAIL ADDRESS upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Meredith Holley<br>Eris Conflict Resolution<br>207 E 5th Avenue, Suite 254<br>Eugene, OR 97401<br>  *Attorneys for Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| Rebecca Cambreleng<br>Ashley Marton<br>Cambreleng & Marton LLC<br>3518 S Corbett Avenue<br>Portland, OR 97239<br>  *Attorneys for Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |

      *s/ Marc Abrams*
MARC ABRAMS, #890149
Assistant Attorney-in-Charge
ALLIE BOYD, #163478
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
marc.abrams@doj.oregon.gov
allie.m.boyd@doj.oregon.gov
*Attorneys for Defendant*