What specific Acommodations were given to Laura Hansen at the Employment Dept. that were NOT given to her while working for the Senator?

COURT'S
EXHIBIT NO. A
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-25-24

Did LM state she would work for a couple of hours in the morning during her mental health day?

COURT'S
EXHIBIT NO. B
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-25-24



WHAT WAS YOUR GPA IN HIGHSCHOOL AND COLLEGE?

COURT'S
EXHIBIT NO. C
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-25-24

CAN YOU CLARIFY THE LEGISLATURE'S PROCESS / POLICY FOR REQUESTING ACCOMODATIONS DURING THE PERIOD MS. HANSON WORKED FOR SEN. GELSER?

COURT'S
EXHIBIT NO. D
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-25-24

1 What was Toxic behavior in detail if possible?

2 are sick days or other requested days off covered by OFLA?

COURT'S
EXHIBIT NO. E
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-25-24