WHAT WAS THE PROCESS / PROCEDURE FOR REQUESTING ADA ACCOMODATIONS (THE LEGISLATURES, NOT YOUR PERSONAL BELIEFS)?

COURT'S
EXHIBIT NO. F
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-26-24

Please Claify, we have heard that Ms. Hanson had issues since the beginning of her employment, but that the Session of that year was ~~the that was~~ successful ~~[scribbled out]~~. Can we have more information about this?

COURT'S
EXHIBIT NO. G
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-26-24

2) Who's decision was it to place Miss Hansen on Administrative Leave vs Letting her go on Jan. 6th?

3) Did Miss Hansen record any sick or Vacation days while on Administrative Leave?

COURT'S
EXHIBIT NO. H
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-26-24

1) What was the purpose of requiring Miss Hanson to remain at home 8am-12pm, 1-5pm Mon-Friday during her leave, when she was not ever asked to do any work for nearly 9 months?

COURT'S
EXHIBIT NO. I
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-26-24

WHEN DID YOU FIRST BECOME AWARE MS. HANSON HAD CONTACTED OPS?

COURT'S
EXHIBIT NO. J
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-26-24