Miss Hungson was fired. How was she able to be rehired again?

COURT'S
EXHIBIT NO. K
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2-26-24

Can you explain why the investigation under Rule 27 went longer than the 84 days

COURT'S
EXHIBIT NO. L
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2-26-24

Can you resign during paid admin. leave? Was this disclosed to Ms. Hanson?

COURT'S
EXHIBIT NO. M
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2-26-24

Does the legislature's OFML/FMLA process require specific credentials for the person performing a ~~diagnosis~~ mental health ~~diagnosis?~~ or ADHD diagnosis?

COURT'S
EXHIBIT NO. N
IDENTIFICATION/EVIDENCE
DKT. # _____
DATE: 2-26-24

PLEASE CLARIFY WHY EX. 2C STATES THAT E LEAVE IS FOR SEN. GELSAR'S PROTECTION.

COURT'S
EXHIBIT NO. O
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2-26-24