As you understand, were Rule 27's procedures properly followed in L. Hansen's situation?

COURT'S
EXHIBIT NO. P
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-27-24

When Ms. Baumgart interviewed Ms. Hanson — were job performance related questions asked? If so, Why?

COURT'S
EXHIBIT NO. Q
IDENTIFICATION/EVIDENCE
DKT. # _____
DATE: 6-27-24

① what were some of the roadblocks/complications that caused the investigation to go so long

② Did you believe there were any other options other than Administrative leave

COURT'S
EXHIBIT NO. R
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-27-24

WHY WAS A PROTECTIVE MEASURE NEEDED IF THE FACIAL REVIEW FOUND THE 'TOXIC/ABUSIVE' SELF-REPORT BY SEN. GELSAR WAS <u>NOT</u> A RULE 27 ISSUE?

**COURT'S**
EXHIBIT NO. S
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-27-24

WAS THE RULE 27 INVESTIGATION INITIATED BECAUSE OF SEN. GELSAR'S SELF-REPORT AND THEN EXPANDED TO INCLUDE MS. HANSON'S RETALIATION CLAIM, OR DID THE INVESTIGATION START AFTER THE RETALIATION CLAIM WAS MADE?

COURT'S
EXHIBIT NO. T
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-27-24