Does Grace January preclude a staff member from submitting a request for accomodations?

COURT'S
EXHIBIT NO. U
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6-28-24