# LIST OF EXHIBITS AND WITNESSES

| Case No. | 3:21-cv-780-SI | Michael H. Simon<br>US District Court Judge |
|---|---|---|
| **Title** | Hanson v. <br>State of Oregon, Legislative Assembly | |
| **Dates of Hearing/Trial** | June 24, 2024 to June 28, 2024 | |
| **Court Reporters** | Dennis Apodaca | |
| **Deputy Clerks** | Mary Austad | |
| **Plaintiff's Counsel** | | **Defendants' Counsel** |
| Rebecca Cambreleng, Meredith A. Holley, & Ashley A. Marton | | Marc Abrams and Allie Boyd |

**LIST OF WITNESSES**

| Case No. | | Case Name: | |
|---|---|---|---|
| Date | Time | Witness | Called by |
| 6/24/2024 | 3:39 p.m. | Laura Hanson – Direct | Ptf |
| 6/25/2024 | 9:15 a.m. | Continued Direct | Ptf |
| | 10:32 a.m. | Break | |
| | 10:50 a.m. | Continued Direct | Ptf |
| | 12:35 a.m. | Break | |
| | 1:19 p.m. | Cross | Def |
| | 2:52 p.m. | Break | |
| | 3:18 p.m. | Redirect | Ptf |
| | 3:24 p.m. | Recross | Def |
| | 3:26 p.m. | Sara Gelser Blouin - Direct | Ptf |
| | 4:45 p.m. | Break | |
| 6/26/2024 | 9:04 a.m. | Continued - Direct | Ptf |
| | 9:52 a.m. | Cross | Def |
| | 10:28 a.m. | Break | |
| | 10:46 a.m. | Continued Cross | Def |
| | 11:51 a.m. | Break | |
| | 1:46 p.m. | Redirect | Ptf |
| | 2:11 p.m. | Jessica Knieling - Direct | Ptf |
| | 3:23 p.m. | Break | |
| | 3:39 p.m. | Continued Direct | Ptf |
| | 3:39 p.m. | Cross | Def |
| | 4:13 p.m. | Redirect | Ptf |
| | 4:20 p.m. | Recross | Def |
| | 4:22 p.m. | Khanh Pham - Direct | Ptf |
| | 4:33 p.m. | Cross | Def |
| | 4:51 p.m. | Redirect | Ptf |
| | 4:54 p.m. | Recross | Def |
| | 4:55 p.m. | Break | |
| 6/27/2024 | 9:25 a.m. | Dr. James Hancey – Direct | Ptf |
| | 9:29 a.m. | Cross | Def |
| | 9:38 a.m. | Jackie Sandmeyer – Rule 104 Hearing | Ptf |
| | 9:53 a.m. | Jackie Sandmeyer – Direct | Ptf |
| | 10:21 a.m. | Cross | Def |
| | 10:27 a.m. | Logan Gillis – Direct | Ptf |

|  | 10:54 a.m. | Cross | Def |
|---|---|---|---|
|  | 10:56 a.m. | Break |  |
|  | 11:23 a.m. | Kean Laffitte – Direct | Ptf |
|  | 11:35 a.m. | Cross | Def |
|  | 11:35 a.m. | Dmitriy Rakhlin – Direct | Ptf |
|  | 11:42 a.m. | Cross | Def |
|  | 11:50 a.m. | Heidi Strauch | Ptf |
|  | 12:05 p.m. | Cross – Plaintiff Rests |  |
|  | 12:06 p.m. | Break |  |
|  | 2:10 p.m. | Brenda Baumgart – Direct | Def |
|  | 2:41 p.m. | Cross | Ptf |
|  | 3:36 p.m. | Jury Questions |  |
|  | 3:47 p.m. | Redirect | Def |
|  | 3:50 p.m. | Recross | Ptf |
|  | 3:56 p.m. | Break |  |
|  | 4:15 p.m. | Angela Donley – Direct | Def |
|  | 4:25 p.m. | Cross | Ptf |
|  | 4:30 p.m. | Break |  |
| 6/28/2024 | 9:01 a.m. | Senator Floyd Prozanski – Direct | Def |
|  | 9:20 a.m. | Cross | Ptf |
|  | 9:41 a.m. | Redirect | Def |
|  | 9:47 a.m. | Recross | Ptf |
|  | 9:49 a.m. | Bobby Schueller – Direct | Def |
|  | 9:53 a.m. | Cross | Ptf |
|  | 9:55 a.m. | Lina Faria Autran de Morais – Direct | Def |
|  | 10:00 a.m. | Cross | Ptf |
|  | 10:02 a.m. | Break |  |
|  | 10:39 a.m. | Robin Ye – Direct | Def |
|  | 10:51 a.m. | Cross | Ptf |
|  | 11:11 a.m. | Doyle Canning – Direct | Def |
|  | 11:34 a.m. | Cross | Ptf |
|  | 11:37 a.m. | Redirect | Def |
|  | 11:40 a.m. | Break |  |
|  |  |  |  |
|  |  |  |  |

United States District Court
Oregon District
Exhibits Log: 3:21-cv-780-SI
Hanson v. State of Oregon, Legislative Assembly, 6/24/2024

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-1 | Nov. 14 2018 Legislative Assistant Position Description | Yes |
| Pla-2 | Dec. 5 2018 Hire Form Pay Letter | Yes |
| Pla-3 | Legislative Branch Personnel Rule 27 revised Effective June 29 2019 | Yes |
| Pla-5 | Text messages bw Hanson Gelser | Yes |
| Pla-6 | Dec. 17, 2019 Memo from Hanson to Gelser | Yes |
| Pla-7 | Response from Gelser to Hansons Dec. 17, 2019 Memo | Yes |
| Pla-8 | Dec. 18, 2019 Memo from Hanson to Gelser | Yes |
| Pla-9 | Response from Gelser to Hansons Dec. 18, 2019 Memo | Yes |
| Pla-10 | Reply from Hanson to Gelser Response to Dec. 18, 2019 Memo | Yes |
| Pla-11 | Dec. 19, 2019 Memo from Hanson to Gelser | Yes |
| Pla-12 | Response from Gelser to Hansons Dec. 19, 2019 Memo | Yes |
| Pla-13 | Christmas card from Hanson to Gelser | Yes |
| Pla-14 | Dec. 27 2019 Email from Hanson to Gelser | Yes |
| Pla-15 | Dec. 30 2019 Handwritten note re panic attacks | Yes |
| Pla-16 | Dec. 31 2019 Handwritten notes re Hanson | Yes |
| Pla-17 | Jan. 2 2020 Email Exchange bw Hanson Knieling | Yes |
| Pla-20 | Jan. 2 2020 Email Exchange bw Knieling Gelser | Yes |
| Pla-21 | Jan. 3 2020 Email Exchange bw Hanson Mele Knieling | Yes |
| Pla-22 | Jan. 5 2020 Email Exchange bw Hanson Knieling | Yes |
| Pla-23 | Jan. 5 2020 Email from Knieling to Baumgart | Yes |
| Pla-24 | Jan. 6 2020 Email from Knieling to Baumgart | Yes |
| Pla-25 | Jan. 6 2020 Email from Knieling to Hanson Gelser | Yes |
| Pla-26 | Jan. 6 2020 Memo to Hanson | Yes |
| Pla-27 | Jan. 10 2020 Memo From Tom Powers RE HCR 20 | Yes |
| Pla-28 | Jan. 20 2020 Hanson FMLA Certification | Yes |
| Pla-29 | Jan. 27 2020 Email from Hanson to Sandmeyer | Yes |
| Pla-30 | Jan. 29 2020 Memo From Sandmeyer to Hanson | Yes |
| Pla-31 | Jan. 15 2020 Email from Hanson to Knieling | Yes |
| Pla-32 | Email from Sandmeyer to Hanson | Yes |
| Pla-34 | House Concurrent Resolution 221 | Yes |
| Pla-37 | Oct. 7 2020 Memo from Gelser to Hanson | Yes |
| Pla-41 | Sabrina Ullmann Mathews Therapy Records and Bills | Yes |
| Pla-46 | Jan. 5 2023 OKP Google Documents | Yes |
| Pla-47 | Jan. 10 2023 Email Exchange bw Knieling Hanson | Yes |
| Pla-48 | ADA Employee Accommodation Request form | Yes |
| Pla-50 | Feb. 24 2023 OKP Staff Meeting Notes | Yes |
| Pla-51 | Jan. 25 2023 Email from Pham | Yes |
| Pla-52 | Mar. 20 2023 Email from Pham to Knieling Sanders | Yes |
| Pla-53 | July 2 2020 Final Investigation Report by Baumgart | Yes |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-53-a | July 2 2020 Final Investigation Report by Baumgart redacted | Yes |
| Pla-54 | Sept. 23 2020 Addendum to Final Investigation Report | Yes |
| Pla-55 | Jan. 1 2021 Khanh Pham Legislative Assistant Position Description | Yes |
| Pla-59 | SG 190203 Gelser email re flex time | Yes |
| Pla-60 | SG July Leave Emails (106 is longer version) | Yes |
| Pla-63 | SG 201008 Gelser re Laura out of town | Yes |
| Pla-95 | Ye Texts | Yes |
| Def-203 | Hansen MSJ Dec. X3 ADA Accommodation form | Yes |
| Def-204 | Hanson BAARS-IV Self-ReportCurrent Symptoms | Yes |
| Def-206 | Nov. 12 2019 Gelser-Blouin-Hanson texts | Yes |
| Def-207 | Jan.21 2019-Jan.52020 Gelser-Blouin-Hanson texts | Yes |
| Def-208 | Gelser-Blouin-Hanson text incl toxic environment | Yes |
| Def-209 | Sept.30 2019 Sick this morning email string | Yes |
| Def-210 | Dec.18-19 2019 Gelser-Blouin-Hanson texts | Yes |
| Def-211 | Dec. 19 2019 Mental Health Day text | Yes |
| Def-212 | Hanson record of leave taken 2nd half 2019 | Yes |
| Def-213 | Hanson diagnosis certification | Yes |
| Def-218 | Dec.31 2019-Jan.22021 Hanson-Knieling e-mail string | Yes |
| Def-219 | Jan 6 2020 Knieling to Hanson re administrative leave | Yes |
| Def-220 | Jan 5 2020 Hanson e-mail to Knieling re Confused about process | Yes |
| Def-221 | Jan. 14-15 2020 e-mail string Hanson-Gelser | Yes |
| Def-223 | Jan. 29 2020 Sandmeyer to Hanson e-mail | Yes |
| Def-224 | July 14 2020 Nordlund to Holley e-mail re hearing | Yes |
| Def-225 | Oct. 7 2020 Gelser Blouin to Hanson removal from service memo | Yes |
| Def-233 | June 24 2021 Employment Department job extension | Yes |
| Def-234 | Merry Christmas Sarah Holiday note | Yes |
| Def-235 | Position Description LA-1 | Yes |
| Def-236 | Dec. 18-19 2019 e-mail string Hanson-Gelser | Yes |
| Def-237 | July 26 2019 e-mail string Gelser-Hanson | Yes |
| Def-238 | Jan. 9 2019 e-mail string Gelser-Hanson | Yes |
| Def-239 | Jan 10 2023 Hanson-Hoeye e-mail | Yes |
| Def-240 | Templates for work product | Yes |
| Def-241 | Dec. 30 2019 e-mail Hanson to Gelser | Yes |
| Def-242 | Dec. 30 2019 Welcome back e-mail Gelser to Hanson | Yes |
| Def-250 | 2023 House Bill 2619 | Yes |
| Def-264 | Pham Exh 64 Ye memo re Hanson deficiencies | Yes |
| Def-265 | Canning Exh 65 memo re Hanson deficiencies | Yes |
| Def-267 | Pham Exh 67 Jan. 25 2023 termination letter | Yes |
| Def-268 | Hanson ADA request unfilled out | Yes |
| Def-270 | Baumgart Dep. Exh. 21 Baumgart Investigative Report | Yes |
| Def-276 | Hancey Office Visit | Yes |