IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAURA HANSON,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF OREGON, LEGISLATIVE ASSEMBLY,<br><br>      Defendant. | Case No. 3:21-cv-780-SI<br><br>**VERDICT** |

We the Jury being duly empaneled and sworn do unanimously find as follows:

**PLAINTIFF'S WORK WITH OREGON SENATOR GELSER BLOUIN**

*Questions 1 through 8 apply only to claims and events related to Ms. Hanson's employment by the Oregon Legislature while working with Oregon Senator Gelser Blouin.*

1. Has Ms. Hanson proven each element of her claim of <u>disability discrimination</u> based on being <u>placed on paid administrative leave</u> on January 6, 2020?

    Yes _____    No \_\_\_✓\_\_\_\_

*Go to Question 2.*

2. Has Ms. Hanson proven each element of her claim of <u>disability discrimination</u> based on <u>termination of employment</u> on October 7, 2020?

    Yes _____    No \_\_\_✓\_\_\_\_

PAGE 1 – VERDICT

*Go to Question 3(A).*

3. **(A) Has Ms. Hanson proven each element of her claim of <u>failure to accommodate</u> based on <u>termination of employment</u> on October 7, 2020?**

    Yes _____ No ___✓___

*If you answered "Yes" to Question 3(A), go to Question 3(B). If you answered "No" to Question 3(A), skip Question 3(B) and go to Question 4.*

    **(B) Has the Oregon Legislature proven its affirmative defense of undue hardship?**

    Yes _____ No _____

*Go to Question 4.*

4. **Has Ms. Hanson proven each element of her claim of <u>general</u> whistleblower retaliation based on being <u>placed on administrative leave</u> on January 6, 2020?**

    Yes _____ No ___✓___

*Go to Question 5.*

5. **Has Ms. Hanson proven each element of her claim of <u>general</u> whistleblower retaliation based on <u>termination of employment</u> on October 7, 2020?**

    Yes _____ No ___✓___

*Go to Question 6.*

PAGE 2 – VERDICT

6. Has Ms. Hanson proven each element of her claim of <u>public employer</u> whistleblower retaliation based on being <u>placed on administrative leave</u> on January 6, 2020?

Yes _____  No ✓

Go to Question 7.

7. Has Ms. Hanson proven each element of her claim of <u>public employer</u> whistleblower retaliation based on <u>termination of employment</u> on October 7, 2020?

Yes _____  No ✓

*If you: (i) answered "Yes" to <u>any one or more</u> of Questions 1, 2, 4, 5, 6, or 7;* ***and/or*** *(ii) answered "Yes" to Question (3)(A) <u>and</u> "No" to Question (3)(B); go to Question 8. Otherwise, skip Question 8 and go to Question 9.*

8. What amount of noneconomic, compensatory damages, if any, has Ms. Hanson proven should be recovered for harm caused by the Oregon Legislature relating to her employment with <u>Oregon Senator Gelser Blouin</u>?

$ _____

**PLAINTIFF'S WORK WITH OREGON REPRESENTATIVE PHAM**

*Questions 9 through 11 apply only to claims and events related to Ms. Hanson's employment by the Oregon Legislature while working with Oregon Representative Pham.*

9. Has Ms. Hanson proven each element of her claim of <u>disability discrimination</u> based on termination of employment on January 25, 2023?

Yes _____  No ✓

Go to Question 10(A).

PAGE 3 – VERDICT

10. (A) Has Ms. Hanson proven each element of her claim of <u>failure to accommodate</u> based on termination of employment on January 25, 2023?

Yes _____ No ___✓___

*If you answered "Yes" to Question 10(A), go to Question 10(B). If you answered "No" to Question 10(A), skip Question 10(B) and go to the next italicized instructions.*

(B) Has the Oregon Legislature proven its affirmative defense of undue hardship?

Yes _____ No _____

*If you: (i) answered "Yes" to Question 9; **and/or** (ii) answered "Yes" to Question 10(A) and "No" to Question 10(B); go to Question 11. Otherwise, your deliberations are done. Do not answer any more questions. Please have the presiding juror date and sign this form and inform the Courtroom Deputy that you are ready to return to the Courtroom.*

11. What amount of noneconomic, compensatory damages, if any, has Ms. Hanson proven should be recovered for harm caused by the Oregon Legislature relating to her employment with <u>Oregon Representative Pham</u>?

$ _____

*Your deliberations are done. Please have the presiding juror date and sign this form and inform the Courtroom Deputy that you are ready to return to the Courtroom.*

DATED this _1st_ day of _July_, 2024.

PAGE 4 – VERDICT