# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURA HANSON**, | Case No. 3:21-cv-780-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **STATE OF OREGON, LEGISLATIVE ASSEMBLY**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

This action was tried before a jury from June 24, 2024, through July 1, 2024, on all claims for which the parties had a right to trial by jury. U.S. District Judge Michael H. Simon presided. The Jury rendered a unanimous a Verdict in favor of Defendant. ECF 164. On July 12, 2024, during a telephone conference held on the record, Plaintiff withdrew with prejudice her remaining claim under the Oregon Family Leave Act, Plaintiff agreed not to appeal any issue, and Defendant agreed not to seek fees or costs. ECF 167. Based on the Jury's Verdict and the parties' stipulation recited above,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant against Plaintiff.

DATED this 12th day of July, 2024.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT